# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| DANNY BARTON, TRUSTEE, and INDIANA TEAMSTERS HEALTH BENEFITS FUND,<br><br>Plaintiffs,<br><br>v.<br><br>SHOSHONE TRUCKING, LLC.,<br><br>Defendant. | Case No. 1:18-cv-03842-RLY-DLP |

**JOINT NOTICE OF SETTLEMENT**

Plaintiffs, Danny Barton and the Indiana Teamsters Health Benefits Fund and Defendant, Shoshone Trucking, LLC ("Shoshone") have reached a settlement in principle in this case. In order to conserve the resources of the parties and this Court, the parties request that the Court forego ruling on Shoshone's pending Motion to Dismiss Under Fed. R. Civ. P. 12(b)(1) or in the Alternative Motion to Transfer Pursuant to 28 U.S.C. § 1412 (ECF No. 16) until the status conference scheduled for October 30, 2019 or upon finalization of the settlement agreement, whichever occurs first.

Respectfully submitted,

| | |
|---|---|
| */s/ David T. Vlink* | */s/ James T. Spolyar* |
| David T. Vlink, Esq. / #30182-45 | James H. Hanson / #08100-49 |
| dvlink@fdgtlaborlaw.com | jhanson@scopelitis.com |
| Fillenwarth Dennerline Groth | James T. Spolyar / #26604.53 |
|   & Towe, LLC | jspolyar@scopelitis.com |
| 429 E. Vermont Street, Suite 200 | Scopelitis Garvin Light Hanson & |
| Indianapolis, IN 46202 |   Feary, P.C. |
| Telephone: 317-353-9363 | 10 West Market Street, Suite 1400 |
| | Indianapolis, IN 46204 |
| Attorney for Plaintiffs | Telephone:   317-637-1777 |
| Danny Barton, Trustee, and | Facsimile:   317-687-2414 |
| Indiana Teamsters Health | |
| Benefits Fund | Attorneys for Defendant |
| | Shoshone Trucking, LLC |

## CERTIFICATE OF SERVICE

    I hereby certify that on August 8, 2019, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

                                          */s/ James T. Spolyar*
                                          James T. Spolyar

SCOPELITIS GARVIN LIGHT HANSON & FEARY, P.C.
10 West Market Street, Suite 1400
Indianapolis, IN 46204
Telephone:   317-637-1777
Facsimile:   317-687-2414

4825-5432-5407,