**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| DANNY BARTON, TRUSTEE, and INDIANA TEAMSTERS HEALTH BENEFITS FUND, )))) | |
| Plaintiffs, )) | |
| v. ) | Cause No. 1:18-cv-3842-RLY-DLP |
| SHOSHONE TRUCKING, LLC, ))) | |
| Defendant. ) | |

> APPROVED. Case is dismissed with prejudice.
> Dated: 9/12/19
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

**NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)**

Comes now the Plaintiffs, Danny Barton, Trustee, and Indiana Teamsters Health Benefits Fund, and hereby serves notice that this matter is dismissed with prejudice.

Respectfully submitted:

*/s/ David T. Vlink*
David T. Vlink
MACEY SWANSON LLP
445 N. Pennsylvania Street, Suite 401
Indianapolis, IN 46204
Phone: (317) 974-2054
E-mail: DVlink@fdgtlaborlaw.com